396 A.2d 24

Commonwealth v. Fox, Appellant.

Submitted September 12, 1977.   Edward F. Browne, Jr., Assistant Public Defender, for appellant;  D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 24

Commonwealth v. Freeman, Appellant.

Submitted March 20, 1978.   John W. Packel, Assistant Public Defender, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.